912

*Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 637. PELLICER *v.* BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. C. A. 5th Cir. Certiorari denied. *Martin J. Pearl* for petitioner. *Clarence M. Mulholland, Edward J. Hickey, Jr., Richard R. Lyman* and *James L. Crawford* for the Brotherhood of Railway and Steamship Clerks, Freight Handlers, Express and Station Employees et al.; and *Wm. Hart Sibley* for the Railway Express Agency, Inc., respondents.

No. 638. BENTON COUNTY, OREGON, ET AL. *v.* CLACKAMAS COUNTY, OREGON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul R. Connolly* for petitioners. *Richard L. Merrick* for respondent.

No. 639. MATSON NAVIGATION Co. *v.* LAWLER. C. A. 9th Cir. Certiorari denied. *Moses Lasky* for petitioner. *Richard Gladstein* for respondent. *John Hays* filed a brief for the Pacific American Steamship Association, as *amicus curiae,* urging reversal.

No. 642. DOTO, ALIAS ADONIS, *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Abraham J. Slurzberg* and *William H. Collins* for petitioner. *Ralph L. Fusco,* Deputy Attorney General of New Jersey, for respondent.

No. 666. RECORD PUBLISHING Co. *v.* HERTZ ET AL. C. A. 3d Cir. Certiorari denied. *William W. Knox* for petitioner. *Charles E. Kenworthey* for respondents.